# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>LAURA L. RAMSAY,<br><br>                    Defendant. | Case Number: 8:15CB5-TDT<br>Violation Number:  4557506-NE14<br><br>**ORDER** |

On the motion of the United States Attorney's Office, the Motion to Dismiss (Filing No. 9) is granted and above-referenced matter is hereby dismissed without prejudice.

ORDERED this 26th day of May, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge